**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ASHLEY GREEN, | : | CASE NO.  5:25-CV-2564 |
| | : | |
| Plaintiff, | : | JUDGE BENITA Y. PEARSON |
| | : | |
| vs. | : | **NOTICE OF SERVICE** |
| | : | **OF DEFENDANT, DAVON FIELDS'** |
| CITY OF AKRON, OHIO, et al. | : | **INITIAL DISCLOSURES** |
| | : | |
| Defendants. | : | |
| | : | |

**NOW COMES DEFENDANT, Officer Davon Fields**, by and through his undersigned counsel, and hereby gives Notice to the Court and parties that his Initial Disclosures have been served via electronic transmission this 9th day of April, 2026, on Plaintiff's counsel:

- Michael L. Wright, Esq. at mwright@yourohiolegalhelp.com;
- Robert L. Gresham, Esq. at and rgresham@yourohiolegalhelp.com; and
- Stanley Jackson, Jr., Esq. at sjackson@cochranohio.com.

Respectfully Submitted,

/s/ *Mel L. Lute, Jr.*
Gregory A. Beck (0018260)
Mel L. Lute, Jr. (0046752)
BAKER | DUBLIKAR
400 South Main Street
North Canton, Ohio  44720
Telephone:  (330) 499-6000
Telecopier:  (330) 499-6423
Email:      **Beck@bakerfirm.com**
              **lute@bakerfirm.com**
*Attorneys for Defendant, Officer Davon Fields*

1

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that a true and accurate copy of the foregoing **NOTICE OF SERVICE OF INITIAL DISCLOSURES** was served by electronic transmission and/or regular US Mail on the following individuals this 9th day of April, 2026.

Michael L. Wright
Robert L. Gresham
Wright & Schulte
130 W, Second St., Ste. 1600
Dayton, Ohio 45402
Email: mwright@yourohiolegalhelp.com
rgresham@yourohiolegalhelp.com
***Counsel for Plaintiff, Ashley Green***

Stanley Jackson, Jr.
Cochran Law
2000 Auburn Dr., Ste. 200
Beachwood, Ohio 44122
Email: sjackson@cochranohio.com
***Co-Counsel for Plaintiff, Ashley Green***

Brian T. Angeloni, Law Director
Brian D. Bremer, Ass't. Law Director
172 S. Broadway, Suite 200
Akron, Ohio 44308
Email: bbremer@akronohio.gov
***Attorneys for Defendants,***
***City of Akron;***
***Mayor Shammas Malik; and,***
***Chief Brian Harding***

John T. McLandich
Steven K. Kelley
Zachary W. Anderson
Mazanec, Raskin & Ryder
100 Franklin's Row
34305 Solon Road
Cleveland, Ohio 44139
Email: jmclandrich@mrrlaw.com
skelley@mrrlaw.com
zanderson@mrrlaw.com
***Counsel for Defendants,***
***Sgt. Joseph Woodin;***
***Sgt. Kyle Farr;***
***Sgt. Adam Guilmette;***
***Sgt. D. Ray; and,***
***Officer Steven Loar***

/s/ *Mel L. Lute, Jr.*
Mel L. Lute, Jr. (0046752)

2