IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ASHLEY GREEN, Administrator of the Estate of JAZMIR TUCKER, deceased, | ) ) ) | Case No. 5:25-cv-02564 |
| *Plaintiff,* | ) ) | JUDGE BENITA Y. PEARSON |
| -vs- | ) ) | |
| CITY OF AKRON, et al. | ) ) ) | **JOINT MOTION TO CONTINUE JUNE 30, 2026 TELEPHONIC STATUS CONFERENCE** |
| *Defendants.* | ) ) | |

The parties in the above-captioned matter jointly move for this Court to continue the telephonic status conference scheduled for June 30, 2026. There are no disputes or disagreements that need to be brought this Court's attention at the moment, and the parties believe that the case will best be served by continuing the conference for at least 45 days. This continuance will serve the interests of justice and help ensure that the matter continues to proceed in an orderly matter.

Respectfully submitted,

Brian T. Angeloni
DIRECTOR OF LAW

/s/ Robert L. Gresham (via e-mail)
Michael L. Wright, #0067698
Robert L. Gresham, #0082151
WRIGHT & SCHULTE
130 W. Second Street, Suite 1600
Dayton, Ohio 45402
(937) 222-7477
(937) 222-7911 FAX
mwright@yourohiolegalhelp.com
rgresham@yourohiolegalhelp.com

/s/ Brian D. Bremer
Brian D. Bremer (0087363)
Kirsten L. Smith (0099074)
ASSISTANT DIRECTORS OF LAW
172 S. Broadway, Ste. 200
Akron, Ohio 44308
(330) 375-2030
(330) 375-2041 (fax)
bbremer@akronohio.gov
klsmith@akronohio.gov

1

Stanley Jackson, #0077011
2000 Auburn Drive, Suite 200
Beachwood, Ohio 44122
(216) 333-3333
(513) 672-0184 FAX
sjackson@cochranohio.com
*Counsel for Plaintiff Ashley Green*

*Attorneys for Defendants City of Akron, Mayor Shammas Malik, and Chief Brian Harding*

/s/ John T. McLandrich (via e-mail)
John T. McLandrich (0021494)
Steven K. Kelley (0023747)
Zachary W. Anderson (0095921)
MAZANEC, RASKIN & RYDER CO., LPA
100 Franklin's Row
34305 Solon Rd.
Cleveland, OH 44139
(440) 248-7906/ (440) 248-8861 (fax)
jmclandrich@mrrlaw.com
skelley@mrrlaw.com
zanderson@mrrlaw.com
*Counsel for Defendants Sergeant Joseph Woodin, Sergeant Kyle Farr, Sergeant Adam Guilmette, Sergeant D. Ray, and Officer Steven Loar*

/s/ Mel L. Lute, Jr. (via phone)
Mel L. Lute, Jr. (0046752)
BAKER, DUBLIKAR, BECK, WILEY AND MATHEWS
400 South Main St.
North Canton, OH 44720
(330) 499-6000 / (330) 499-6423 (fax)
lute@bakerfirm.com
*Counsel for Defendant Officer Davon Fields*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on June 25, 2026, a copy of the foregoing Motion to Excuse was filed through CM/ECF. Notice of the filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Brian D. Bremer
Brian D. Bremer (0087363)

2