PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ASHLEY GREEN, *estate administrator* *for decedent* JASMIR TUCKER, | ) ) | CASE NO.  5:25-CV-02564 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE BENITA Y. PEARSON |
| *v.* | ) | |
| | ) | |
| CITY OF AKRON, OHIO, *et al.*, | ) | **ORDER** |
| | ) | [Resolving ECF No. 26] |
| Defendants. | ) | |

On June 25, 2026, the Parties filed a Joint Motion to Continue the status conference scheduled for June 30, 2026 for forty-five days.  *See* ECF No. 26.  While they aver "[t]here are no disputes or disagreements that need to be brought this Court's attention at the moment," ECF No. 26 at PageID #: 193, the Court concludes the efficient resolution of this dispute will not be served by a continuance due to the sensitive and public nature of the underlying allegations.  The Joint Motion to Continue is denied.  Counsel shall convene telephonically as directed on Wednesday, June 30, 2026 at 12:00 p.m. pursuant to the unmodified Case Management Plan.  *See* ECF No. 22.

IT IS SO ORDERED.

June 26, 2026
Date

*/s/ Benita Y. Pearson*
Benita Y. Pearson
United States District Judge