**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **ASHLEY GREEN,** | : | **CASE NO.  5:25-CV-2564** |
| | : | |
| **Plaintiff,** | : | **JUDGE BENITA Y. PEARSON** |
| | : | |
| **vs.** | : | **NOTICE TO THE COURT OF** |
| | : | **COUNSEL'S STATUS IN THE CASE** |
| **CITY OF AKRON, OHIO, et al.** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

On behalf of Attorney Gregory Beck and Attorney Mel L. Lute, counsel provides the following explanation to the Court regarding their failure to attend the June 30, 2026 status conference.  On that date, Attorney Lute was out of the country on vacation; however, arrangements had been made to have Attorney Beck attend in his absence.  Although Attorney Beck's contact information was provided and he remained available to participate in the conference, contact was not made with Attorney Beck during the course of the conference itself.

Attorney Lute remains involved in the case and immediately conferred with co-counsel upon his return to the country on July 1, 2026.  Attorney Lute anticipated personally in the mediation of this case which took place on June 18, 2026.  Attorney Lute remains involved in the process of finalizing the tentative resolution of the case which was agreed upon at the conclusion of the mediation.  Attorney Lute will ensure that the interests of his client, Officer Fields, are protected in the ultimate resolution of the case and he will be participating in the upcoming status conference.

1

Respectfully Submitted,

/s/ *Mel L. Lute, Jr.*

Gregory A. Beck (0018260)
Mel L. Lute, Jr. (0046752)
BAKER | DUBLIKAR
400 South Main Street
North Canton, Ohio  44720
Telephone:  (330) 499-6000
Telecopier:  (330) 499-6423
Email:　　**beck@bakerfirm.com**
　　　　　**lute@bakerfirm.com**
***Attorneys for Defendant, Officer Davon Fields***

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and accurate copy of the foregoing **NOTICE** was served by electronic transmission and/or regular US Mail on the following individuals this 14th day of July, 2026.

Michael L. Wright
Robert L. Gresham
Wright & Schulte
130 W, Second St., Ste. 1600
Dayton, Ohio 45402
Email: mwright@yourohiolegalhelp.com
　　　 rgresham@yourohiolegalhelp.com
***Counsel for Plaintiff, Ashley Green***

Stanley Jackson, Jr.
Cochran Law
2000 Auburn Dr., Ste. 200
Beachwood, Ohio 44122
Email: sjackson@cochranohio.com
***Co-Counsel for Plaintiff, Ashley Green***

John T. McLandich
Steven K. Kelley
Zachary W. Anderson
Mazanec, Raskin & Ryder
100 Franklin's Row
34305 Solon Road
Cleveland, Ohio 44139
Email: jmclandrich@mrrlaw.com
　　　 skelley@mrrlaw.com
　　　 zanderson@mrrlaw.com
***Counsel for Defendants, City of Akron, Ohio;***
***Mayor Shammas Malik; Chief Brian Harding;***
***Sgt. Joseph Woodin; Sgt. Kyle Farr;***
***Sgt. Adam Guilmette; Sgt. D. Ray; and,***
***Officer Steven Loar***

/s/ *Mel L. Lute, Jr.*

Mel L. Lute, Jr. (0046752)

2